Znojewski v Mamczur (2023 NY Slip Op 04617)

Znojewski v Mamczur

2023 NY Slip Op 04617

Decided on September 13, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 13, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
WILLIAM G. FORD
LILLIAN WAN, JJ.

2022-05563
 (Index No. 715581/19)

[*1]Malgorzata Znojewski, appellant, 
v
Monika Mamczur, respondent.

Mallilo & Grossman, Flushing, NY (Sarah Wilner of counsel), for appellant.

DECISION & ORDER
In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Pam Jackman Brown, J.), entered June 27, 2022. The order, after an inquest on the issue of damages, directed the dismissal of the complaint.
ORDERED that on the Court's own motion, the notice of appeal from the order is deemed to be an application for leave to appeal, and leave to appeal is granted (see CPLR 5701[c]); and it is further,
ORDERED that the order is reversed, on the law, without costs or disbursements, and the matter is remitted to the Supreme Court, Queens County, for a new inquest on the issue of damages.
By defaulting, the defendant admitted "all traversable allegations in the complaint, including the basic allegation of liability" (Rokina Opt. Co. v Camera King, 63 NY2d 728, 730; see Youngja Lee v Hong Kong Supermarket, 214 AD3d 964, 965). As such, the sole issue to be determined at the inquest was the extent of the damages sustained by the plaintiff, and the Supreme Court should not have considered issues of liability (see Youngja Lee v Hong Kong Supermarket, 214 AD3d at 965; Arluck v Brezinska, 180 AD3d 634, 634-635).
Accordingly, we reverse the order appealed from, and remit this matter to the Supreme Court, Queens County, for a new inquest on the issue of damages.
IANNACCI, J.P., GENOVESI, FORD and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court